■ In the Matter of JUSTINO R., a Person Alleged to be a Juvenile Delinquent, Appellant. [625 NYS2d 901] —Orders of disposition, Family Court, Bronx County (Gloria Sosa-Lintner, J.), entered May 17, 1994, adjudicating respondent a juvenile delinquent and conditionally discharging him for a 12-month period following a fact-finding determination, based upon respondent's admission that he committed an act which, if committed by an adult, would constitute the crime of criminal possession of a controlled substance in the seventh degree, and July 24, 1994, placing respondent with the Division for Youth for a period of 12 months following a fact-finding determination, based upon his admission that he violated the terms of his conditional discharge by absconding from his group home, unanimously affirmed, without costs.

For the reasons stated in *Matter of Deshone C.* and *Matter of Mark M.* (207 AD2d 756, *lv denied* 85 NY2d 801), there is no merit to respondent's contention that the juvenile delin-

quency petition was jurisdictionally defective. Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.